**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01672-BNB

PETER WOODRUFF,

    Applicant,

v.

RON WILEY, Warden, Federal Prison Camp, Florence,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Notice of Motion for an Order to Certify the Class and for the Appointment of Counsel to Represent the Class, or the Notice of Interlocutory Appeal" filed on July 15 2009, is DENIED as premature.

Dated:  July 17, 2009